IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

Timothy Cheesbrough
Debra Cheesbrough
        Debtors

Bankruptcy No. 11-81782
Judge Manuel Barbosa
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

     NOTICE IS HEREBY GIVEN, Alpine Bank & Trust Co. hereby agrees with the April 30, 2012, Notice of Cure of All Pre-Petition Mortgage Obligation. In response, Alpine Bank & Trust Co., hereby states the following:

1. Alpine Bank & Trust Co. hereby considers any default listed in proof of claim 6-1 to be fully paid and cured.
2. Alpine Bank & Trust Co. declares that at this time the Debtor is current on post petition payments.

/s/ Andrew E. Houha
Andrew E. Houha, ARDC #6216265
Attorney for Alpine Bank & Trust Co

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE